FILED'09 MAY 21 14:58USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KATHLEEN M. O'NEIL,                                    CV 08-3017-PK

    Plaintiff,                                              ORDER

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

REDDEN, Judge:

    On May 4, 2009, Magistrate Judge Paul Papak filed his Findings and Recommendation (doc. 18) that the Commissioner's denial of Plaintiff's application for disability insurance under Title II of the Social Security Act be affirmed.

    The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Papak's factual findings de novo. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear

PAGE 1 - ORDER

Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT magistrate Judge Papak's's Findings and Recommendation (doc. 18) as my own opinion.

IT IS SO ORDERED.

DATED this 21 day of May, 2009.

James A. Redden
United States District Judge

PAGE 2 - ORDER